# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:09cr128 |
| | § | (Judge Schell) |
| TONIA MIKAELA FLOYD | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and the Defendant having appeared before the undersigned to allocute, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of twenty-four (24) months with no supervised release to follow. It is further

**ORDERED** that Defendant shall make restitution in the amount of $83,146.07, joint and several with Gary Daughtry, Robert Gardner, Annette Marie Gibson, LeKeisha Hall, Laneisha Hall,

and Kimberly Lockett Price. The restitution is payable by cashier's check or money order to the United States District Clerk's Office, 1100 Commerce St, Room 1452A, Dallas, Texas 75242.

The Court recommends that Defendant be housed in the FMC Carswell facility.

**SIGNED this the 12th day of November, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE